# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 23, 2025

## NO. 03-24-00310-CR

**Clarissa Leigh Toba, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF BELL COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order revoking community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's order revoking community supervision requiring reversal. However, there was error in the order revoking community supervision that requires correction. Therefore, the Court modifies the trial court's order revoking community supervision as follows: we modify the order revoking community supervision in trial court cause number 2C1904097 by changing the language "the Defendant entered a plea of true" to "the Defendant entered a plea of not true." The order revoking community supervision, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.